

# NUMBER 13-15-00015-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ALFREDO SOBREVILLA

### On Petition for Writ of Mandamus
### and Writ of Prohibition.

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam[1]

Relator, Alfredo Sobrevilla, filed a petition for writ of mandamus and writ of prohibition in the above cause on January 7, 2015, contending that the trial court abused its discretion in granting a new trial following a jury verdict without specifically stating its reasons for doing so.  The Court requested and received a response to the petition from

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.  When granting relief, the court must hand down an opinion as in any other case."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

the real party in interest, Brownsville Independent School District. Relator now seeks to dismiss this original proceeding with prejudice on grounds that the parties have resolved their dispute.

The Court, having examined and fully considered the motion to dismiss, is of the opinion that it should be granted. Accordingly, the stay previously imposed by this Court is LIFTED. *See* Tex. R. App. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We GRANT the motion to dismiss and we DISMISS this original proceeding with prejudice.

PER CURIAM

Delivered and filed the
18th day of February, 2015.